UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAULA ROBERSON,           )
                                  )
      Plaintiff,          )    Civil Action No. 3:19-CV-813-CHB-CHL
                                  )
v.                              )
                                  )    **ORDER ADOPTING REPORT AND**
COMMISSIONER OF SOCIAL    )            **RECOMMENDATION**
SECURITY,               )
                                  )
      Defendant.

                   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Magistrate Judge Colin H. Lindsay's Report and Recommendation ("Recommendation") [R. 7] on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Motion to Proceed In Forma Pauperis") [R. 3]. In his Recommendation, Magistrate Judge Lindsay recommended denying Plaintiff's motion without prejudice to refile in the event that Plaintiff inadvertently omitted any significant re-occurring monthly expenses. [R. 7 p. 3]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Magistrate Judge Lindsay issued his Recommendation on December 12, 2019, and it was

entered December 16, 2019. [R. 7]  A party wishing to object to a Magistrate Judge's recommendation must do so within fourteen days after being served a copy of the recommendation. Fed. R. Civ. P. 72.  More than fourteen days have passed, and no objections have been filed.  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Recommendation [**R. 7**] is **ADOPTED** as the opinion of this Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis **[R. 3]** is **DENIED without prejudice**.  Plaintiff may re-file if she inadvertently omitted any significant re-occurring monthly expenses.

This the 6th day of January, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of record